```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     S2 25cr41(DLC)
             -v-                          :
                                          :        ORDER
JARWIN VALERO-CALDERON, SAMUEL            :
GONZALEZ CASTRO, EFERSON MORILLO-         :
GOMEZ, BRAYAN OLIVEROS-CHERO, SANDRO      :
OLIVERAS-CHERO, ARMANDO JOSE PEREZ        :
GONZALEZ, KEIBER JAEN MARTINEZ, KEIVER    :
SILVA-JIMENEZ, KEINEYER IBARRA-MUJICA,    :
and MARLON FARIAS                         :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the Government's letter of September 17, 2025, it is hereby

ORDERED that the parties' joint request to vacate the September 19 motions deadline is granted.

IT IS FURTHER ORDERED that a conference is scheduled for **September 19, 2025 at 3:30 PM** for a court appearance of the two newly added defendants who are present in this jurisdiction.

IT IS FURTHER ORDERED that an arraignment on S2 25cr41 will be held for all defendants on **September 24, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. At that conference, a schedule will be set.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference and be

prepared to address whether the January 26, 2026 trial date scheduled in S1 25cr41 should be adjourned.

Dated:    New York, New York
          September 18, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge