```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :      S2 25cr41(DLC)
                                     :
-v-                                  :
                                     :
SAMUEL GONZALEZ CASTRO, EFERSON      :      ORDER
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,:
BRAYAN OLIVEROS-CHERO, SANDRO OLIVERAS-:
CHERO, ARMANDO JOSE PEREZ GONZALEZ,  :
KEIBER JAEN MARTINEZ, and KEINEYER   :
IBARRA-MUJICA,                       :
                                     :
Defendants.                          :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On September 16, 2025, the second superseding indictment was unsealed in this case, adding death-eligible counts for four of the defendants listed above: Keiber Jaen Martinez, Samuel Gonzalez Castro, Eferson Morillo-Gomez, and Keineyer Ibarra-Mujica. Two of these four defendants had been charged in prior indictments and the majority of the Government's Rule 16 discovery regarding the offenses underlying the death-eligible counts had been produced in waves, concluding with a production in August of 2025.

During yesterday's October 15, 2025 conference, the Government proposed that the four defendants facing death-eligible charges file mitigation submissions by December 19, 2025, and that trial begin for those four defendants and one co-defendant on April 27, 2026. Defense counsel raised concerns

about meeting the December 19 deadline, given the continuing deferral of payments to appointed counsel and service providers under the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA").

The Court recognizes that no payments have been made to CJA attorneys and service providers since early July, and no further payments are expected to be made until federal funding becomes available for Fiscal Year 2026.  The Court also recognizes that this deferral in payments may make it difficult for defense counsel to hire service providers to assist with the development of their clients' mitigation submissions and defenses.

The Court then ordered the relevant defense counsel to appear at another conference the week of October 20, 2025, to discuss any additional scheduling concerns.  Accordingly, it is hereby

ORDERED that the relevant parties shall appear for a conference on **October 22, 2025** at **1:00 p.m.** in Courtroom 18B, 500 Pearl Street.  Their submissions in preparation for the conference are due **October 20, 2025** at **5:00 p.m.**

IT IS FURTHER ORDERED that the following schedule shall govern in this case:

- The defendants' mitigation submissions shall be due by **January 16, 2026.**
- In the event that the Government notifies the four defendants of a decision not to seek the death penalty

  for any of them by **March 6, 2026**, trial for those four defendants (and, potentially, their co-defendant) shall begin on **April 20, 2026**.
- In the event that the Government fails to provide such a notice as to any defendant by **March 6, 2026**, or provides notice by that date of its decision to seek the death penalty against any defendant:
    - The April 20, 2026 trial shall be cancelled;
    - The parties shall appear for a conference on **March 13, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, with submissions proposing a motions schedule due on **March 11, 2026**; and
    - Trial shall be rescheduled to begin on **July 6, 2026**.

IT IS FURTHER ORDERED that the parties shall meet and confer and submit any joint or separate objections to this schedule in their submissions that are due **October 20, 2025** at **5:00 p.m.**

Dated:   New York, New York
         October 16, 2025

                              _____
                                      DENISE COTE
                              United States District Judge

3