```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :    S2 25cr41(DLC)
                                          :
        -v-                               :
                                          :
SAMUEL GONZALEZ CASTRO, EFERSON           :    ORDER
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,    :
BRAYAN OLIVEROS-CHERO, SANDRO             :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ        :
GONZALEZ, KEIBER JAEN MARTINEZ, and       :
KEINEYER IBARRA-MUJICA,                   :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

During an April 29, 2025 arraignment, trial was scheduled to begin on January 26, 2026 for the defendants charged in the first superseding indictment ("S1"). The Government has moved to sever three of those defendants, Jarwin Valero-Calderon, Samuel Gonzalez Castro, and Eferson Morillo-Gomez, and try them on the charges contained in the second superseding indictment ("S2") at a later date to be determined by the Court. Defendant Jarwin Valero-Calderon has opposed that application and briefing on that issue will be fully submitted on November 10, 2025. Accordingly, it is hereby

ORDERED that the trial of Samuel Gonzalez Castro and Eferson Morillo-Gomez is severed from the January 26, 2026 trial of the remaining defendants charged in S1.

IT IS FURTHER ORDERED that the following motions schedule shall govern the January 26, 2026 trial:

- Any pretrial motions from the defendants shall be submitted by **November 5, 2025.**

- Responses from the Government shall be submitted by **November 19, 2025.**

Dated:   New York, New York
         October 21, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge