```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :    S2 25cr41(DLC)
                                         :
          -v-                            :
                                         :
SAMUEL GONZALEZ CASTRO, EFERSON          :         ORDER
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,   :
BRAYAN OLIVEROS-CHERO, SANDRO            :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ       :
GONZALEZ, KEIBER JAEN MARTINEZ, and      :
KEINEYER IBARRA-MUJICA,                  :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record during today's October 22, 2025 conference, it is hereby

ORDERED that the following schedule shall govern in this case for the defendants severed from the January 26, 2026 trial:

- The four defendants charged with death-eligible counts shall file their mitigation submissions by **April 3, 2026.**

- The Government shall notify the Court by **May 22, 2026** either of its decision regarding whether to seek the death penalty, or that it has not yet made a decision.

- The parties shall appear for a conference on **June 3, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, with submissions proposing a motions schedule due on **June 1, 2026.**

- In the event that the Government notifies the four defendants of a decision not to seek the death penalty for any of them by **May 22, 2026,** trial for those four defendants (and, potentially, their co-defendant Jarwin Valero-Calderon) shall begin on **July 6, 2026.**

- In the event that the Government fails to provide such a notice as to any defendant by **May 22, 2026,** or provides notice by that date of its decision to seek the death penalty against any defendant, trial shall begin on **September 21, 2026.**

IT IS FURTHER ORDERED that defense counsel shall submit <u>ex parte</u> reports on the status of their mitigation efforts no later than **three weeks** after federal funding has been restored. The reports shall specify whether all essential team members have been retained and whether counsel has any reason to believe that the April 3 deadline will not be met.

Dated:   New York, New York
         October 22, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge