```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :     S2 25cr41(DLC)
                                        :
           -v-                          :
                                        :
SAMUEL GONZALEZ CASTRO, EFERSON         :     ORDER
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,  :
BRAYAN OLIVEROS-CHERO, SANDRO           :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ      :
GONZALEZ, KEIBER JAEN MARTINEZ, and     :
KEINEYER IBARRA-MUJICA,                 :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

During an April 29, 2025 arraignment, trial was scheduled to begin on January 26, 2026 for the six defendants charged in the first superseding indictment ("S1"). After a second superseding indictment ("S2") added death-eligible counts for two of the defendants indicted in S1 -- defendants Castro and Morillo-Gomez -- an Order of October 21 severed their trial from those who will proceed to trial on January 26. The Government sought to sever as well the trial of defendant Valero-Calderon, who is not charged in death-eligible counts but who is charged with participating in an armed carjacking with Castro and Morillo-Gomez. Defendant Valero-Calderon opposes the severance. Briefing on this dispute was fully submitted on November 10.

Rule 14 of the Federal Rules of Criminal Procedure provides that a district court may grant severance of defendants' joint

trial "[i]f it appears that a defendant . . . is prejudiced by joinder." Fed. R. Crim. P. 14(a). "[S]everance should be granted only if there is a serious risk that a joint trial would compromise a specific trial right of a properly joined defendant or prevent the jury from making a reliable judgment about guilt or innocence." Zafiro v. United States, 509 U.S. 534, 539 (1993).

Virtually all of Valero-Calderon's arguments against severance from the three defendants proceeding to trial on January 26, and for severance from any future trial of the charges against Castro and Morillo-Gomez, are contingent on the Government filing a notice of intent to seek the death penalty ("Notice") against his co-defendants. The Government has not yet indicated whether it will file such a Notice. As described in an Order of October 22, in the event that the Government advises the parties by May 22, 2026, that it will not seek the death penalty for any of the arraigned defendants named in this Indictment, trial will proceed on July 6, 2026. Accordingly, it is hereby

ORDERED that the Government's motion to sever Valero-Calderon from the January 26, 2026 trial is granted.

IT IS FURTHER ORDERED that Valero-Calderon's motion to sever his trial from that of Castro and Morillo-Gomez is denied without prejudice to renewal after May 22, 2026.

2

IT IS FURTHER ORDERED that the argument on this motion scheduled for November 14 is cancelled.

Dated:   New York, New York
         November 10, 2025

_____
DENISE COTE
United States District Judge

3