```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :    S2 25cr41(DLC)
                                        :
           -v-                          :
                                        :
SAMUEL GONZALEZ CASTRO, EFERSON         :    ORDER
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,  :
BRAYAN OLIVEROS-CHERO, SANDRO           :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ      :
GONZALEZ, KEIBER JAEN MARTINEZ, and     :
KEINEYER IBARRA-MUJICA,                 :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of October 22, 2025 required counsel for the defendants charged with death-eligible counts to submit ex parte reports on the status of their mitigation efforts no later than three weeks after federal funding has been restored. The reports must indicate whether all essential team members have been retained and whether counsel has any reason to believe that the April 3 deadline for mitigation submissions will not be met. Federal funding was restored the night of November 12, 2025. Accordingly, it is hereby

ORDERED that defense counsel shall submit the ex parte

mitigation reports by **December 4, 2025.**

Dated:    New York, New York
         November 13, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge

2