UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :            S2 25cr41(DLC)
        -v-                               :
                                          :
SAMUEL GONZALEZ CASTRO, EFERSON           :
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,    :            ORDER
BRAYAN OLIVEROS-CHERO, SANDRO             :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ        :
GONZALEZ, KEIBER JAEN MARTINEZ, and       :
KEINEYER IBARRA-MUJICA,                   :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     Having received a March 26 request from counsel for

defendant Keiber Jaen Martinez for a 120-day extension of the

deadline for the presentation of mitigation submissions, it is

hereby

     ORDERED that defense counsel shall continue to prepare

their submissions for presentation to the Government on April 3,

2026.

     IT IS FURTHER ORDERED that any response by the Government

to the March 26 request is due by 2:00 PM on Monday, March 30.

Dated:    New York, New York
          March 27, 2026

                              _____
                                        DENISE COTE
                              United States District Judge