UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :          S2 25cr41(DLC)
            -v-                         :
                                        :
SAMUEL GONZALEZ CASTRO, EFERSON         :
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,  :            ORDER
BRAYAN OLIVEROS-CHERO, SANDRO           :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ      :
GONZALEZ, KEIBER JAEN MARTINEZ, and     :
KEINEYER IBARRA-MUJICA,                 :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On March 26, four death-eligible defendants requested a 120-day extension of the April 3, 2026 deadline to present mitigation submissions to the Government. On March 30, the Government opposed the request, indicated that it would consider information submitted after April 3, but declined to delay its capital decision. In the October 25 Order, the Court requested that decision for the defendants by May 22, 2026. Accordingly, it is hereby

ORDERED that the March 26 motion is denied. The defendants shall present their mitigation submissions to the Government by

April 3, 2026.  They may supplement those submissions thereafter

should new information become available.

Dated:      New York, New York
            March 30, 2026

_____
DENISE COTE
United States District Judge