UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :

UNITED STATES OF AMERICA        :

                                          :         S2 25cr41(DLC)

          -v-                   :

                                          :

SAMUEL GONZALEZ CASTRO, EFERSON     :
MORILLO-GOMEZ, JARWIN VALERO-CALDERON, :        ORDER
BRAYAN OLIVEROS-CHERO, SANDRO       :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ   :
GONZALEZ, KEIBER JAEN MARTINEZ, and  :
KEINEYER IBARRA-MUJICA,          :

                                          :

                          Defendants.   :

                                          :
----------------------------------------X
DENISE COTE, District Judge:

As described in the October 22, 2025 Order, in the event that the Government does not seek the death penalty for any defendant and notifies the Court of that decision by May 22, trial in this matter will begin on July 6, 2026. Accordingly, it is hereby

ORDERED that the final pretrial conference for the July 6 trial will be held on July 2, 2026 at 10:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any Rule 404(b) motions and motions in limine shall be filed by **June 18, 2026;** opposition shall be filed by **June 25, 2026.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **June**

**18, 2026.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that in the event the trial proceeds on September 21, 2026, in accordance with the October 22 Order, the parties shall submit their proposed schedules for pretrial motion practice by **June 1, 2026.**

IT IS FURTHER ORDERED that a conference will be held on **June 3, 2026 at 11:00 AM** regardless of the trial date.

Dated:   New York, New York
         April 23, 2026

_____
DENISE COTE
United States District Judge

2