UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :            S2 25cr41(DLC)
        -v-                               :
                                          :
SAMUEL GONZALEZ CASTRO, EFERSON           :
MORILLO-GOMEZ, JARWIN VALERO-CALDERON,    :            ORDER
BRAYAN OLIVEROS-CHERO, SANDRO             :
OLIVEROS-CHERO, ARMANDO JOSE PEREZ        :
GONZALEZ, KEIBER JAEN MARTINEZ, and       :
KEINEYER IBARRA-MUJICA,                   :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        On April 27, 2026, the Government informed the Court and

the parties that it was not seeking the death penalty as to any

death-eligible defendant in this case.  Accordingly, the parties

are hereby

        NOTIFIED that the trial for all remaining defendants will

begin on July 6, 2026 at 9:30 AM in Courtroom 18B, 500 Pearl

Street.

        IT IS HEREBY ORDERED that any expert disclosures by the

parties shall be made by June 5, 2026.

Dated:    New York, New York
          April 28, 2026

                          _____
                                DENISE COTE
                          United States District Judge