UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :        S2 25cr41(DLC)
                 -v-                      :
                                          :
SAMUEL GONZALEZ CASTRO, EFERSON           :
MORILLO-GOMEZ, KEIBER JAEN MARTINEZ,      :          ORDER
and KEINEYER IBARRA-MUJICA,               :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        Should the defendants wish to enter a change of plea on May

26, 2026 at 2:00 PM, it is hereby

        ORDERED that the change of plea proceeding shall take place

in Courtroom 110, 40 Foley Square, New York, NY in front of the

Honorable Paul G. Gardephe.

Dated:    New York, New York
          May 21, 2026

                                     _____
                                               DENISE COTE
                                       United States District Judge