UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                             :

UNITED STATES OF AMERICA          :

                            :          S4 25cr41(DLC)

       -v-                  :

                            :

SAMUEL GONZALEZ CASTRO, EFERSON   :
MORILLO-GOMEZ, KEIBER JAEN MARTINEZ,   :          ORDER
and KEINEYER IBARRA-MUJICA,       :

                            :

              Defendants.    :

                            :

------------------------------------------X

DENISE COTE, District Judge:

     Pursuant to the June 5, 2026 letter from the Government and defendants Samuel Gonzalez Castro, Eferson Morillo-Gomez, Keiber Jaen Martinez, and Keineyer Ibarra-Mujica, it is hereby

     ORDERED that the Clerk of Court file the amended Murder Superseding Information, annexed hereto and captioned S4.

     IT IS FURTHER ORDERED that the pleas entered by Samuel Gonzalez Castro, Eferson Morillo-Gomez, Keiber Jaen Martinez, and Keineyer Ibarra-Mujica are accepted as if their waivers of Indictment and pleas were entered as to the S4 Information.

     IT IS FURTHER ORDERED that the acceptance of the 4 pleas is unchanged by this technical amendment to the Information.

Dated:     New York, New York
           June 5, 2026

                                    _____
                                         DENISE COTE
                           United States District Judge