Case 1:25-cr-00041-DLC   Document 181   Filed 06/29/26   Page 1 of 1

# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | (212) 609-1344 |
| 14 Wall Street, 20th Floor | | (212) 609-1345 |
| New York, New York 10005 | www.zaltzberglaw.com | Raoul@ZaltzbergLaw.com |

June 23, 2026

**VIA ELECTRONIC MAIL**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *United States v. Jaen Martinez et al., (KEIBER JAEN MARTINEZ)*
> *25 Cr. 41 (DLC)*

Dear Honorable Judge Cote,

   As the Court is aware, I along with David Stern, represent Mr. Martinez in the above matter. We are writing the Court to request a brief extension to schedule the presentence interview. We have been in constant contact with P.O. Taylor Smarra and thought we had 6/15 and 6/25 worked out, but notification for an interpreter and the Marshall's office didn't work out. Mr. Stern is out of the office on a pre-planned vacation through the 4th of July Holiday and I myself have a vacation planned and am out of the office through July 10th. Both Mr. Stern and myself would like to be present for the interview.

   Per the Court order, the interview is to be conducted by 7/6/2026. We would ask the Court allow us to conduct the interview by 7/20/2026, a two-week extension. Thank you in advance for your consideration.

Sincerely,

_____/s/_____
Raoul Zaltzberg, Esq.

*Granted. There shall be no further extension.*

*6/29/26*

*Denise Cote*