UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KEIBER JAEN MARTINEZ,<br><br>Defendant. | S4 25cr41-7(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

Having received the defendant's letter of September 8, 2026, it is hereby

ORDERED that the sentencing scheduled for September 25 is adjourned to October 7, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that defense submissions shall be due **September 18**, and the Government's response shall be due **September 25.** One courtesy copy shall be sent to Chambers on the date of filing.

Dated: New York, New York
September 10, 2026

Denise Cote

DENISE COTE
United States District Judge