ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

October 5, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Kieber Jaen Martinez
25 Cr. 041 DLC)

Dear Judge Cote:

Raoul Zaltzberg and I are the assigned attorneys for Mr. Martinez in the above captioned matter. I write, awaiting the government's reply, seeking to adjourn the October 7th, 2026 sentencing date to a date convenient to the Court.

I seek this brief adjournment because I am currently picking a jury in a complex murder trial in the Eastern District of New York in front of the Honorable Ramon E. Reyes, Jr. for a trial that will last approximately three to four weeks. I apologize to your Honor for the delay in submitting this request.

I would like to be present for Mr. Martinez's sentencing and I would really appreciate it, if the Court grants this final adjournment request.

Thank you in advance for your consideration.

If you have any questions regarding this application, please contact my office at the Court's convenience.

The sentence is adjourned to October 14 at 3:00 pm.
Denise Cote
10/6/26

Respectfully submitted,

David Stern
David Stern